**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**Proceeding Memorandum/Order**

**In Re:** Jean Banks                                **Case/AP Number** 19-10737 **-FJB**
                                                     **Chapter** 7

#10 Motion filed by Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper for Relief from Stay Re: 68 Yale Street, Springfield, Massachusetts 01109

**COURT ACTION:**

_____Hearing held

_____Granted         _____Approved          _____Moot

_____Denied          _____Denied without prejudice       _____Withdrawn in open court

_____Overruled        _____Sustained

_____Continued to_____

_____Proposed order to be submitted by _____

_____Stipulation to be submitted by_____

_____No appearance by _____

Show Cause Order        _____Released    _____Enforced

DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:

ORDER:  No objection having been filed, and good cause having been stated, the movant is hereby granted relief from the automatic stay to exercise its rights as to the property.

IT IS SO ORDERED:

*/s/ Frank J. Bailey*

_____Dated: 04/01/2019
Frank J. Bailey
United States Bankruptcy Judge